FILED
JAN - 8 2025
GREER COUNTY OKLAHOMA DIST. COURT
JEANNA SCOTT, COURT CLERK
By_____ Deputy

IN THE DISTRICT COURT OF GREER COUNTY
STATE OF OKLAHOMA

ELEAZAR SALCEDO, )
)
                Plaintiff, )
)
vs. ) Case No. CJ-25-1
)
JERRY JEAN CHARLES, individually, )
OWL LAND OF ILLINOIS, INC., )
an Illinois corporation, )
)
                Defendants. )

## PETITION

COMES NOW, Plaintiff, Eleazar Salcedo, for his Petition against Defendants, states:

1. On January 09, 2023, at US Highway 283, near Granite, Oklahoma. Defendant, Jerry Jean Charles, failed to yield at a stop sign, colliding with Plaintiff's vehicle, causing serious injury to Plaintiff.

2. The Defendant, Jerry Jean Charles, was, at all times, an employee and/or agent of Defendant, Owl Land of Illinois, Inc., an Illinois corporation ("Owl Land, Inc."). Therefore, Defendant, Owl Land, Inc., is responsible and/or liable for Plaintiff's damages pursuant to the doctrine of *respondeat superior.*

3. As a result of Defendant's negligence, Plaintiff sustained damage to his vehicle and/or damage or loss of other property

4. As a result of Defendant's negligence, Plaintiff incurred and will incur medical bills; suffered and will suffer pain, disability and disfigurement; and lost and will lose income.

EXHIBIT
1

**WHEREFORE**, Plaintiff prays for judgment against the Defendants in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, costs of this action, attorney fees and for such other and further relief as the Court deems just and proper.

By:

BRYAN GARRETT
119 N. Robinson, Suite 650
Oklahoma City, Oklahoma 73102
 (405) 839-8424
(888) 261-7270 - fax

_____
BRYAN G. GARRETT, OBA #17866
bryan@bgarrettlaw.com
ATTORNEY FOR PLAINTIFF

**ATTORNEY LIEN CLAIMED**